**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**                               **CASE NO. 2:23-CR-103**

v.                                         **JUDGE EDMUND A. SARGUS, JR.**

**HENRRY GIRON-MARTINEZ**

       **Defendant.**

## OPINION AND ORDER

    This matter is before the Court on the Report and Recommendation of the Magistrate Judge, who recommended that the "defendant's guilty plea to Count 1 of the *Information* be accepted." (R&R at 3-4, ECF No. 27.) The time for objections has passed. For the reasons stated in the Report and Recommendation, the Court hereby **ACCEPTS** the defendant's guilty plea and **ADOPTS** the Report and Recommendation in full.

    **IT IS SO ORDERED.**

**6/23/2023**                                                              s/Edmund A. Sargus, Jr.
**DATE**                                                                 **EDMUND A. SARGUS, JR.**
                                                                      **UNITED STATES DISTRICT JUDGE**